722 A.2d 105

IN THE MATTER OF ALAN J. WEINER,
AN ATTORNEY AT LAW.

January 15, 1999.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **ALAN J. WEINER** of **SPRING VALLEY, NEW YORK,** who was admitted to the bar of this State in 1982, be disbarred as a matter of reciprocal discipline following respondent's disbarment in New York for the intentional conversion of client funds, the making of misrepresentations to disciplinary authorities and for violating a court order, and **ALAN J. WEINER** having failed to appear on the Order to Show Cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **ALAN J. WEINER** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **ALAN J. WEINER** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.